IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SEAN EDWARD JONES,

    Petitioner,

v.                                      CASE NO. 4:05-cv-00074-MP-AK

STATE OF FLORIDA,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 25, Report and Recommendations of the Magistrate Judge, recommending that the petitioner's case be dismissed for failure to exhaust state remedies. The petitioner, in his objections, does not challenge the state's assessment that his direct appeal in the state system is not yet final and his time for pursuing a state 3.850 motion has not yet run. Instead, petitioner merely reiterates his claim that he is being detained by the state illegally and without jurisdiction. Nothing in the objections, therefore, opposes the conclusion that he has failed to exhaust available state remedies. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The respondent's motion to dismiss (doc. 23) is granted, this action is dismissed without prejudice, and the clerk is directed to close the file.

**DONE AND ORDERED** this   _4th_ day of January, 2006

                              *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge